PEOPLE v CHRISTINE LAFLEUR, Defendant.—Motion to extend time to take appeal denied. Memorandum: Counsel has complied with 22 NYCRR 1022.11 (a) *(see, People v Usher,* 172 AD2d 1075 [decided herewith]). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

PEOPLE, Respondent, v DOUGLAS DAWLEY, Appellant.— Motion to extend time to move for leave to appeal to the Appellate Division denied as unnecessary. Memorandum: The motion to extend the time to move for leave to appeal is unnecessary because the time to move to appeal from an order denying a motion made pursuant to CPL article 440 does not begin to run until the order is served upon defendant. Present —Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

PEOPLE, Respondent, v SILVIO REYES, Appellant.—Motion to extend time to seek leave to appeal to Court of Appeals dismissed. Memorandum: Leave to appeal to the Court of Appeals has already been denied by order of a Judge of that Court dated January 31, 1991 [77 NY2d 842]. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.